CORPORATE RESOLUTION
AUTHORIZING FILING OF BANKRUPTCY PETITION
LOS ANGELES KOREAN FIRST PRESBYTERIAN CHURCH CORPORATION

I, John Suh, do hereby certify that this Resolution of the Board of Directors of Los Angeles Korean 1st Presbyterian Church Corporation ("the Company"), a corporation duly organized and existing under the laws of California, authorizing the Company to file a voluntary bankruptcy petition was adopted on October 31, 2024.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that Pastor John Suh is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Pastor John Suh is authorized to employ Attorney Matthew Sean Harrison of Prometheus Civic Law to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Pastor John Suh is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Pastor John Suh is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Pastor John Suh to effectuate the intent of these resolutions are hereby ratified and approved.

서명인:
[signature]
7C179CF14EA3408...

Pastor John Suh
Principal, Los Angeles Korean 1st Presbyterian Church