**Fill in this information to identify the case:**

Debtor name: Los Angeles Korean 1st Presbyterian Church Co

United States Bankruptcy Court for the: Central District of CA
(State)

Case number (If known): 2:25-bk-10202    Chapter 11

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | school on premises | LA First Montessori |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | use of church building | Esther Inja Choe |
| | State the term remaining | 10 years | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | use of church building | 3.1 Youth Leadership<br>Virginia K. Pelton |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | use of church building | Life and love |
| | State the term remaining | 20 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | silver model association |
| | State the term remaining | 14 months | |
| | List the contract number of any government contract | | |

| Debtor | Los Angeles Korean 1st Presbyterian Ch | Case number (if known) 2:25-bk-10202 |
|---|---|---|
| | Name | |

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | use of church building | Bethlehem Church |
|---|---|---|---|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | use of church building | Iglesia de Restauracion Reseda<br>18419 Sherman Way, Reseda, CA 91335, |
|---|---|---|---|
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page ___ of ___